UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VICTOR GUERRA,**

   Plaintiff,

v.                                             **No. 4:24-cv-01206-P**

**KIA AMERICA, INC.,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Stipulation of Dismissal (ECF No. 31), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **11th day of July 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE